# Exhibit C



Page 1 of 2
S/N #: C1000
Originator: Weigner, Ronald
Administrator: Massero, Pamela
Date: 7/27/05
Date: 7/27/05

## CONFIDENTIAL INFORMATION AGREEMENT (MUTUAL)

MKS INSTRUMENTS, INC. ("MKS"), having its principal offices in Wilmington, Massachusetts and Celerity, Inc., having its principal offices in Milpitas, CA and its parent company, Texas Pacific Group having its principal offices in San Francisco, CA ("Participants").

