**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BROOKS INSTRUMENT, LLC, and | ) | |
| BI PRODUCTS, LLC | ) | |
| | ) | Civil Action No. 1:10-cv-10720-RWZ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MKS INSTRUMENTS, INC. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Plaintiffs Brooks Instrument, LLC and

BI Products, LLC ("Plaintiffs") and Defendant MKS Instruments, Inc. ("MKS") stipulate to

dismiss with prejudice from the above-entitled and numbered cause any and all claims by

Plaintiffs against MKS and to dismiss with prejudice all counterclaims by MKS against

Plaintiffs.  Each party shall bear its own costs and attorneys' fees.

2

DATED:  February 23, 2011.


  /s/  Mark C. Nelson                          　　  /s/  Matthew E. Leno                      
Jimmy Shin (CA State Bar No. 200161)          Sarah Chapin Columbia (BBO #550155)
SNR Denton US LLP                             Matthew Leno (BBO #657152)
1530 Page Mill Road, Suite 200                McDermott Will & Emery LLP
Palo Alto, CA 94304-1125                      28 State Street
Telephone: (650) 798-0300                     Boston, MA  02109-1775
Facsimile: (650) 798-0310                     Telephone: (617) 535-4000
james.shin@snrdenton.com                      Facsimile: (617) 535-3800
Robert S. Frank (BBO #177240)
Michael H. Bunis (BBO #566839)                **ATTORNEYS FOR DEFENDANT**
CHOATE HALL & STEWART LLP                     **MKS INSTRUMENTS, INC**
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
rfrank@choate.com
mbunis@choate.com
Mark C. Nelson (TX State Bar No.
00793361)
Darren W. Collins ((TX State Bar No.
2400190)
SNR Denton US LLP
2000 McKinney Ave, Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0901
Facsimile: (214) 259-0910
mark.nelson@snrdenton.com
darren.collins@snrdenton.com

**ATTORNEYS FOR PLAINTIFFS**
**BROOKS INSTRUMENT, LLC AND**
**BI PRODUCTS, LLC**

**Certificate of Service**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.4 this 23rd day of February, 2011.

                    /s/  Nell Butler
                      Nell Butler

14940210\V-1